

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00901-CV

DONNA KOHLHAUSEN, AS INDEPENDENT EXECUTOR OF THE ESTATE OF VALLEYSSA JOSTE CERRA, Appellant

V.

BRIAN KEITH BAXENDALE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF KELLEY WILLIAM JOSTE AKA WILLIAM KELLEY JOSTE, Appellee

Appeal from the Probate Court No. 2 of Harris County. (Tr. Ct. No. 295986-401).

**TO THE PROBATE COURT NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of March 2018, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on August 11, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Donna Kohlhausen, as Independent Executor of the Estate of Valleyssa Joste Cerra, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 13, 2018.

Panel consists of Justices Bland, Massengale, and Lloyd. Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

